1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

8   RAYMOND ALAN SNYDER,

9                              Petitioner,        Case No. C21-0005-BHS-MLP

10        v.

11   JEFFREY UTTECHT,                              REPORT AND RECOMMENDATION

12                              Respondent.

13

14        Petitioner Raymond Snyder is currently confined at the Coyote Ridge Corrections Center

15   in Connell, Washington. On January 2, 2021, Petitioner submitted to the Court for filing a

16   petition for writ of habeas corpus under 28 U.S.C. § 2254 challenging a 2006 judgment of the

17   Island County Superior Court. (Dkt. # 1-1.) Petitioner submitted with his petition an application

18   to proceed with this action *in forma pauperis*. (Dkt. # 1.) Petitioner failed, however, to submit his

19   *in forma pauperis* application on the proper form. The Clerk therefore sent Petitioner a letter

20   advising him that his submission was deficient and that he would have to correct the deficiency

21   not later than February 4, 2021 or face dismissal of this action. (*See* Dkt. # 3.) The Clerk

22   included with the letter a copy of the correct form and requested that Petitioner simply complete

23

REPORT AND RECOMMENDATION
PAGE - 1

that form and return it to the Court. (*Id.*) To date Petitioner has not returned the form or otherwise responded to the Clerk's deficiency letter.

As Petitioner has had ample time to correct the deficiency in his *in forma pauperis* application, but has failed to do so, this Court recommends that the instant action be dismissed without prejudice for failure to prosecute. A proposed order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14) days** after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on March 26, 2021.

DATED this 1st day of March, 2021.

MICHELLE L. PETERSON
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 2