UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RAYMOND ALAN SNYDER,<br><br>      Petitioner,<br><br> v.<br><br>JEFFREY UTTECHT,<br><br>      Respondent. | CASE NO. C21-00005 BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Michelle L. Peterson, United States Magistrate Judge. Dkt. 4. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)   The R&R is **ADOPTED**;

(2)   This action is **DISMISSED** without prejudice for failure to prosecute;

(3)   The Clerk is directed to send copies of this Order to Petitioner and to Judge Peterson; and

\
\
\

ORDER - 1

1     (4)    This case is closed.

2     Dated this 12th day of April, 2021.

                                           BENJAMIN H. SETTLE
                                           United States District Judge